IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON HOLMES, | : | No. 3:15cv72 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | (Chief Magistrate Judge Carlson) |
| | : | |
| DAVID EBBERT, | : | |
| Respondent | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

AND NOW, to wit, this 11th day of February 2015, it is **HEREBY** **ORDERED** as follows:

1. Plaintiff's objection to the Report and Recommendation (Doc. 5) is **OVERRULED**;

2. The Report and Recommendation of Chief Magistrate Judge Carlson (Doc. 4) is **ADOPTED**;

3. The petition (Doc. 1) is **DISMISSED WITH PREJUDICE**;

4. For the reasons set forth in the accompanying memorandum we decline to issue a certificate of appealability; and

5. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
JUDGE JAMES M. MUNLEY
United States District Court